# EXHIBIT B

| | |
|---|---|
| **From:** | Shannon A. Lang |
| **To:** | Stanford Solomon; Katherine Johnson |
| **Subject:** | FW: Activity in Case 4:20-cv-01249 Anand Printing Machinery Inc. v. Alexander et al Motion for Entry of Default |
| **Date:** | Thursday, August 6, 2020 2:57:00 PM |

What is wrong with you? Ironhorse has not been served. To the extent you believe it has been through the Secretary of State, how hard is it to call or email me and ask for a status on an answer? How hard would it have been to contact me and ask me to accept service? I have litigated in Florida so I know this is not a regional thing.

Quit wasting money. It is not going to get you anywhere with me or my client.

**Shannon A. Lang**
**LANG & ASSOCIATES, PLLC**
**\*\*Please note our new address.\*\***
1720 Dunlavy Street
Houston, Texas  77006
(832) 479-9400 tel.

---

**From:** DCECF_LiveDB@txs.uscourts.gov <DCECF_LiveDB@txs.uscourts.gov>
**Sent:** Thursday, August 6, 2020 2:52 PM
**To:** DC_Notices@txsd.uscourts.gov
**Subject:** Activity in Case 4:20-cv-01249 Anand Printing Machinery Inc. v. Alexander et al Motion for Entry of Default

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered by Solomon, Stanford on 8/6/2020 at 2:51 PM CDT and filed on 8/6/2020

| | |
|---|---|
| **Case Name:** | Anand Printing Machinery Inc. v. Alexander et al |
| **Case Number:** | 4:20-cv-01249 |
| **Filer:** | Anand Printing Machinery Inc. |

**Document Number:** 29

**Docket Text:**
**MOTION for Entry of Default against Ironhorse Recovery LLC by Anand Printing Machinery Inc., filed. Motion Docket Date 8/27/2020. (Attachments: # (1) Affidavit Affidavit of Stanford R. Solomon in Support of Motion for Entry of Default Against Ironhorse Recovery LLC, # (2) Proposed Order Order Granting Anand Printing Machinery, Inc.'s Motion for Entry of Default Against Ironhorse Recovery LLC)(Solomon, Stanford)**

**4:20-cv-01249 Notice has been electronically mailed to:**

Jessica Caitlin Hughes     jessica.hughes@shannonlanglaw.com

Shannon Ashley Lang     shannon.lang@shannonlanglaw.com

Stanford R Solomon     ssolomon@solomonlaw.com, clightbourn@solomonlaw.com, kjohnson@solomonlaw.com, mkunkel@solomonlaw.com

**4:20-cv-01249 Notice has not been electronically mailed to:**

Robert Alexander
9301 Beechnut St. #2609
Houston, TX 77036

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/6/2020] [FileNumber=33866252-0
] [65b27cc268d4e12dc164d1b22f2152987fcb03f4b2c0b5ee35638387e8862467c61
b39cce10e25dd104a59d7072d1f554665fc3cde0630824df23f2edeea347b]]
**Document description:** Affidavit Affidavit of Stanford R. Solomon in Support of Motion for Entry of Default Against Ironhorse Recovery LLC
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/6/2020] [FileNumber=33866252-1
] [242dae286a4e11618fa0401c25b91cfa3f191a2aae54eb1dea4c33d1d489a925d87
d699d23bce01a7dde5105f852d0e2c59e29bfe97b84465ee396d5b8c72741]]
**Document description:** Proposed Order Order Granting Anand Printing Machinery, Inc.'s Motion for Entry of Default Against Ironhorse Recovery LLC
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/6/2020] [FileNumber=33866252-2

] [955c3badca4d739113b55df65f03cacfb557ad0f0e748c5c09263bdbdcbac41a759791e7910a10bbd80313dd7db8cfdf4397930d10b2d73ee0872babbaa9dca9]]