**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANAND PRINTING MACHINERY, INC.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CAUSE No. 4:20-CV-01249 |
| **ROBERT ALEXANDER**, **JOHN** | § | |
| **McBRIAN**, **EQUUS FERRUM, INC.,** and | § | |
| **IRONHORSE RECOVERY, LLC**, | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Pending before the Court is Defendant Ironhorse Recovery, LLC's Motion to Vacate Entry of Default and Motion to Dismiss for Insufficient Service of Process. Upon consideration of the Motion, any arguments in support or opposition, the pleadings on file, and applicable law, it is HEREBY

**ORDERED** that the Motions are **GRANTED**. The Court's August 25, 2020, Order granting Entry of Default (Dkt. # 30) is **VACATED** and the claims against Ironhorse **DISMISSED WITHOUT PREJUDICE** unless and until Plaintiff effects proper service on Ironhorse.

DATED this _____ day of _____, 2020.

_____
Hon. Lee H. Rosenthal